FILED
2023 Jan-25 PM 12:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

PFE/BLP: Feb. 2023
GJ#11

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) Case No. |
| | ) |
| **DARTERRIUS DEWAYNE WASHINGTON** | ) |

## INDICTMENT

**COUNT ONE:** **[18 U.S.C. § 922(o)(1)]**

The Grand Jury charges:

That on or about the 25th day of October 2022, in Tuscaloosa County, within the Northern District of Alabama, the defendant,

**DARTERRIUS DEWAYNE WASHINGTON,**

knowingly received and possessed a machinegun, commonly known as a Swift Link, an AR-style machinegun conversion device, that is, a part designed or intended solely and exclusively for use in converting a weapon into a machinegun, and also knowingly received and possessed a machinegun, commonly known as a Glock Switch, a Glock-style machinegun conversion device, that is, a combination of parts designed and intended for use in converting a weapon into a machinegun, in violation of Title 18, United States Code, Section 922(o)(1).

**COUNT TWO: [18 U.S.C. § 922(a)(1)(A)]**

The Grand Jury charges:

That from on or about August 1, 2022, to on or about October 25, 2022, more exact dates being otherwise unknown, in Tuscaloosa County, within the Northern District of Alabama, the defendant,

**DARTERRIUS DEWAYNE WASHINGTON,**

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Section 922(a)(1)(A).

**COUNT THREE: [26 U.S.C. § 5861(f)]**

The Grand Jury charges:

That on or about the 5th day of October 2022, in Tuscaloosa County, within the Northern District of Alabama, the defendant,

**DARTERRIUS DEWAYNE WASHINGTON,**

knowingly made a firearm, commonly known as a Swift Link, an AR-style machinegun conversion device, that is, a part designed or intended solely and exclusively for use in converting a weapon into a machinegun, and knowingly made a firearm, commonly known as a Glock Switch, a Glock-style machinegun conversion device, that is, a combination of parts designed and intended for use in converting a weapon into a machinegun, which is a machinegun as defined pursuant

to Title 26, United States Code, Sections 5845(a)(6) and (b), in violation of Title 26, United States Code, Section 5861(f).

A TRUE BILL

*/s/Electronic Signature*

_____
FOREPERSON OF THE GRAND JURY

                                                           PRIM F. ESCALONA
                                                           United States Attorney

                                                           */s/Electronic Signature*

                                                           _____
                                                           BRITTNEY L. PLYLER
                                                           Assistant United States Attorney