# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.              ) | Case no.    7:23-CR-23-ACA-SGC |
| ) | |
| DARTERRIUS D. WASHINGTON,  ) | |
|    Defendant              ) | |

## GOVERNMENT'S MOTION TO DIMISS INDICTMENT

COMES NOW the United States of America, by and through its counsel, Prim F. Escalona, United States Attorney for the Northern District of Alabama, Brittney L. Plyler, Assistant United States Attorney, and moves this Honorable Court to dismiss the indictment as to **Darterrius Dewayne Washington** in case number **7:23-cr-23-ACA-SGC**. On July 11, 2023, the United States received a copy of a death certificate from the Alabama Department of Public Health showing that Washington passed away on April 4, 2023.

Respectfully submitted this the 12th day of July 2023.

                        PRIM. F. ESCALONA
                        United States Attorney

                        */s/ Brittney L. Plyler*
                        BRITTNEY L. PLYLER
                        Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of July 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the defendant's attorney of record.

Respectfully submitted,

*/s/ Brittney L. Plyler*
BRITTNEY L. PLYLER
Assistant United States Attorney