# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

**UNITED STATES OF AMERICA,**
   Plaintiff,

**VS.**                                    Case no: 7:23-cr-23-ACA-SGC

**DARTERRIUS DEWAYNE WASHINGTON,**
   **Defendant.**

## ORDER

The Court has before it Government's Motion to Dismiss the Indictment (doc. 21). The court finds that the motion is due to be and is hereby **GRANTED**. The Indictment as to Darterrius Dewayne Washington is **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** this July 18, 2023.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE